IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. ALLEMAN individually and on behalf of all others similarly situated,<br>      Plaintiffs,<br><br>  v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-524<br>)<br>)<br>)<br>) |

ORDER

AND NOW, this 21 day of December, 2006, upon consideration of plaintiff's Motion to Compel [Doc. No. 32] IT IS HEREBY ORDERED that the motion is GRANTED. Defendant is directed to supplement its responses to plaintiffs' discovery requests accordingly within thirty (30) days. IT IS FURTHER ORDERED, upon consideration of plaintiffs' Motion for Entry of an Order Regarding Preservation of Documents [Doc. No. 34] that the motion is DENIED. IT IS FURTHER ORDERED, upon consideration of the parties' Joint Motion to Vacate Class Certification Discovery [Doc. No. 41] that the motion is GRANTED. The parties are hereby

directed to meet, confer and submit a proposed joint amended case management order within ten (10) days of the date of this order.

BY THE COURT:

_____, J.

cc:   All Counsel of Record