```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

MARY L. ALLEMAN, ETC.,          )
    Plaintiff,               )
                             )
    v.                       )   Civil Action No. 06-524
                             )
STATE FARM LIFE INSURANCE       )
COMPANY,                        )
    Defendant.               )

## ORDER

AND NOW, this 9th day of January, 2007, upon consideration of the parties' joint motion for entry of scheduling order [document #43], IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall proceed as follows:

1) All document production relative to the Court's order of December 21, 2006 shall be completed by February 1, 2007.

2) The parties shall complete discovery relative to class certification by March 31, 2007.

3) Plaintiff shall file their motion for class certification and supporting papers by April 13, 2007.

4) Defendant shall file its' response to plaintiff's motion for class certification and supporting papers by May 14, 2007.

5) Plaintiff shall file her reply in further support of her motion for class certification by May 31, 2007.

6) The Court will hold a hearing on plaintiff's motion for class certification on Friday, July 13, 2007 at 9:30 a.m. in Courtroom #3A.

7) A status conference will be scheduled by the Court following disposition of plaintiff's motion for class certification.


BY THE COURT:

s/Gary L. Lancaster         , J.
Hon. Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record