IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
------------------------------x
MARY L. ALLEMAN,                    )   CIVIL ACTION
individually and on behalf of all others )
similarly situated,                  )
                                    )
                Plaintiff,           )
                                    )
        - against -                  )   Civ. A. No. 2:06-cv-0524-GLL
                                    )
STATE FARM LIFE                      )
INSURANCE COMPANY,                   )
an Illinois corporation,             )
                                    )
                Defendant.           )
------------------------------x
```

**▉▉▉▉▉▉ ORDER ON JOINT MOTION TO AMEND
THE JANUARY 9, 2007 SCHEDULING ORDER**

AND NOW, this ___10th___ day of ___April___, 2007,

Having read and considered the Plaintiff's and Defendant's Joint Motion to Amend the January 9, 2007 Scheduling Order,

IT IS ORDERED that the parties' motion is granted and the January 9, 2007 Scheduling Order is hereby amended in the following respects: (1) Plaintiff's motion for class certification is now due on April 27, 2007; (2) Defendant's opposition is now due on May 29, 2007; and (3) Plaintiff's reply is now due on June 12, 2007. The hearing on Plaintiff's class certification motion shall remain scheduled for July 13, 2007, at 9:30 a.m. in Courtroom #3A.

_____
United States District Judge