# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------x
MARY L. ALLEMAN, : CLASS ACTION
individually and on behalf of all others :
similarly situated, : Honorable Gary L. Lancaster
  :
              Plaintiff, : Civ. A. No. 2:06-cv-0524-GLL
  :
    - against - :
  :
STATE FARM LIFE INSURANCE :
COMPANY, :
an Illinois Corporation, :
  :
             Defendant. :
---------------------------------x

## [~~PROPOSED~~] ORDER AND FINAL JUDGMENT

AND NOW this __29th__ day of __Oct__, 2007,

Having reviewed the parties' October 29, 2007 Stipulation of Dismissal with Prejudice of Plaintiff's Unjust Enrichment and Constructive Fraud Counts; and

Having already granted summary judgment and denied class certification on the only other count pled – the breach of contract count – by Order dated September 11, 2007;

IT IS ORDERED that Plaintiff's unjust enrichment and constructive fraud counts are hereby dismissed with prejudice. Because summary judgment previously has been granted on the remaining breach of contract count, the Clerk is hereby directed to enter FINAL JUDGMENT for Defendant in this matter. Upon entry of final judgment, Plaintiff may appeal this Court's September 11, 2007 Order granting summary judgment

1



to Defendant on the breach of contract count and denying class certification.

/s/ G. H. Lancut
United States District Judge